UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 2:06-00009 |
| | ) | JUDGE CAMPBELL |
| CARLOS JAMES ELDRIDGE | ) | |

<u>ORDER</u>

Pending before the Court is Defendant's Motion for Early Termination of Supervised Release (Docket No. 32). The Government shall file a response to the Motion by September 28, 2012.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE